**Paul J. HOUGH, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 05–3026.

United States Court of Appeals, Federal Circuit.

Jan. 14, 2005.

ORDER

Order Vacated, See 2005 WL 681914.

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Wyone L. SOWELL, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 05–3017.

United States Court of Appeals, Federal Circuit.

Jan. 14, 2005.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**TEVA PHARMACEUTICALS USA, INC., Plaintiff–Appellant,**

v.

**ABBOTT LABORATORIES, Defendant–Appellee.**

No. 05–1080.

United States Court of Appeals, Federal Circuit.

Jan. 14, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).